**Appeal Nos. 24-3748, 24-6757**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

MOONBUG ENTERTAINMENT LIMITED AND TREASURE STUDIO, INC.,

*Plaintiffs-Appellees*,

v.

BABYBUS CO., LTD. AND BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD.,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Northern District of California, San Francisco Division
No. 3:21-cv-06536-EMC, Honorable Edward Chen

---

# APPELLEES' NOTICE OF INTENT TO FILE PUBLICLY

---

**TYZ LAW GROUP PC**
Jennifer L. Kelly (CSB No. 193416)
Ryan Tyz (CSB No. 234895)
Erin Jones (CSB No. 252947)
Deborah Hedley (CSB No. 276826)
Ciara N. McHale (CSB No. 293308)
Sean Apple (CSB No. 305692)
Chieh Tung (CSB No. 318963)
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
(415) 868-6900

**HORVITZ & LEVY LLP**
Eric S. Boorstin (CSB No. 253724)
John B. Sprangers (CSB No. 302891)
3601 West Olive Avenue, 8th Floor
Burbank, California 91505-4681
(818) 995-0800

*Attorneys for Plaintiffs-Appellees*
*Moonbug Entertainment Limited and Treasure Studio, Inc.*

Please take notice that pursuant to Ninth Circuit Rule 27-13(f), Plaintiffs-Appellees Moonbug Entertainment Limited and Treasure Studio, Inc. filed Volume 18 of the Supplemental Excerpts of Record provisionally under seal, which includes the following documents under seal at the district court:

| Dkt. No. | Date | Description | Pg. |
|---|---|---|---|
| **Volume 18 – UNDER SEAL**<br>**(Pages 3865 to 3938)** | | | |
| 384 | 6/2/2023 | Declaration of Fran Krause in Support of Plaintiffs' Motion for Terminating and Other Sanctions Against Defendants for Fraud on the Court | 3866 |
| 194 | 1/4/2023 | BabyBus Defendants' Partial Opposition to Plaintiffs' Motion for Summary Judgment of Infringement | 3878 |
| 190-1 | 1/3/2023 | Ex. A to Dkt. No. 190: Excerpt of the Transcript of the Deposition of Dr. Ellen Seiter | 3908 |
| 172-10 | 12/9/2022 | Ex. 521 to Dkt. No. 165: BabyBus Market Research | 3923 |
| 164 | 12/9/2022 | Declaration of Fran Krause in Support of Plaintiffs' Motion for Summary Judgment | 3933 |
| 164-02 | 12/9/2022 | Exs. to Dkt. No. 164:<br>Ex. 2: Boo Boo Song Comparison<br>Ex. 3: Yes Yes Vegetables Song Comparison<br>Ex. 4: Car Wash Song Comparison | 3937 |

Please take further notice that Appellants may file a motion within 21 days of this notice to seek appropriate relief concerning the sealing of these documents. If no such motion is filed, the provisional seal may be lifted without notice and the documents made available to the public.

2

Date: April 10, 2025                    TYZ LAW GROUP PC

                                        */s/ Sean Apple*
                                        Sean Apple

                                        *Attorneys for Plaintiffs-Appellees*
                                        Moonbug Entertainment Limited and
                                        Treasure Studio, Inc.

2

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

| **9th Cir. Case Number(s)** | 24-3748, 24-6757 |
| --- | --- |

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Appellees' Notice of Intent to File Publicly;
Volume 18 of the Supplemental Excerpts of Record (Dkt. Nos. 384, 194, 190-1, 172-10, 164, 164-02).

| **Signature** | /s/ Sean Apple | **Date** | Apr 10, 2025 |
| --- | --- | --- | --- |

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*